UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **David Joseph**                :         CHAPTER:  13
:
:
DEBTOR                             :         Bankruptcy No.: **15-18371**

PRAECIPE OF DEBTORS TO WITHDRAW
AMENDED CHAPTER 13 BANKRUPTCY PLAN

**To the Clerk, United States Bankruptcy Court:**

Kindly withdraw **DEBTOR'S AMEMED CHAPTER 13 BANKRUPTCY PLAN,** for the record.

Respectfully Submitted,

By: **\s\ Michael D. Sayles, Esquire**
Michael D. Sayles
Attorney for Debtor

Dated: January 2, 2017