UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: **David Joseph**  :  Chapter 13

:

Debtor  :  Bankruptcy No. **15-18371\amc**

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses for **Michael D. Sayles, Esquire**, counsel for Debtors (the "Application"), and upon Counsel for Debtor request to retain jurisdiction at the Motion to Dismiss hearing **on January 2, 2017**, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation Chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtor or any other entity pending further order of this court.

3. A hearing shall be held on January 31, 2017 at 11:00 A.M in Bankruptcy Courtroom No. 5, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

1/3/17

_____
Ashely M. Chan
United States Bankruptcy Judge

cc:  Michael D. Sayles, Esquire
427 West Cheltenham Avenue
Elkins Park, PA 19027

David Joseph
42 Berkley Avenue
Lansdowne, PA 19050

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 40119

Philadelphia, PA 19106-0119

**All Creditors listed on the attached mailing matrix**

PHFA Loan Servicing Division
211 North Front Street
Harrisburg, PA 17101


Toyota Financial Services
PO box 17187
Baltimore, MD 21297-0511