United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
David Lloyd Joseph
    Debtor

Case No. 15-18371-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Denine     Page 1 of 2     Date Rcvd: Jan 04, 2017
                     Form ID: pdf900     Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2017.

```
db              +David Lloyd Joseph,    42 Berkley Ave.,    Lansdowne, PA 19050-1520
cr              +Credit Acceptance Corporation,    25505 West Twelve Mile Rd,    PO Box 513,
                  Southfield, MI 48037-0513
                +PHFA Loan Servicing Division,    211 North Front Street,    Harrisburg, Pa 17101-1466
               ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,    P.O. Box 17187,    Baltimore, MD  21297)
13656979        +AR Resources Inc.,    P.O. Box 1056,    Blue Bell, PA 19422-0287
13656977        +AVIS Rent a Car System, Inc.,    6 Sylvan Way,    Parsippany, NJ 07054-3826
13656978         American Education Service/PHEAA,    AES Credit,    P.O. Box 61047,    Harrisburg, PA  17106-1047
13656985       ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court: Credit Acceptance Corporation,    25505 W. 12 Mile Road,
                  Southfield, MI  48034-1846)
13656980         Capital One,    P.O.  Box 30281,    Salt Lake City, UT  84130-0281
13636597        +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
13656981         Dept of ED/NAVIENT,    300 Continental Drive,    Newark, DE  19713-4322
13656986         Discover Bank - STUD,    P.O. Box 30948,    Salt Lake City, UT  84130-0948
13820382        +Michael D. Sayles, Esquire,    427 W. Cheltenham Avenue, #2,    Elkins Park, PA 19027-3291
13802186         Navient Solutions, Inc. Department of Education,    Loan Services,    P.O. Box 9635,
                  Wilkes-Barre, PA 18773-9635
13656984       #+Santander Consumer USA,    8585 North Stemmons Fwy,    Suite 1100-N,    Dallas, TX 75247-3822
13733907        +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
                  211 North Front Street,    Harrisburg, PA 17101-1466
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: bankruptcy@phila.gov Jan 05 2017 02:19:20     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 05 2017 02:19:06
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 05 2017 02:19:15     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13669867        +E-mail/Text: DSLBKYPRO@discover.com Jan 05 2017 02:19:15     Discover Student Loans,
                  PO BOX 30925,    Salt Lake City, UT 84130-0925
13656987         E-mail/Text: bholwadel@tempoe.com Jan 05 2017 02:19:13     Kahuna Payment Solution,
                  807 Arcadia Drive,    Bloomington, IL  61704-6119
13656983         E-mail/PDF: cbp@onemainfinancial.com Jan 05 2017 02:16:58     Onemain,    6801 Colwell Boulevard,
                  Attn:  C/S Care Dept,    Irving, TX  75039-3198
13656976         E-mail/Text: blegal@phfa.org Jan 05 2017 02:19:12     PA Housing Finance Agency,
                  2101 N. Front Street,    Harrisburg, PA  17110-1086
13712359        +E-mail/Text: bankruptcygroup@ugcorp.com Jan 05 2017 02:19:15
                  United Guaranty Commercial Ins Co of NC,    PO Box 20327,    Greensboro, NC 27420-0327
                                                                                              TOTAL: 8
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13656982         Eastern Account System I
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2017                            Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Denine                Page 2 of 2            Date Rcvd: Jan 04, 2017
                              Form ID: pdf900             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2017 at the address(es) listed below:
          ANDREW F GORNALL     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
           agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
           dmaurer@pkh.com
          MICHAEL D. SAYLES    on behalf of Debtor David Lloyd Joseph midusa1@comcast.net,
           MichaelDSaylesEsq@comcast.net
          THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
           mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: **David Joseph**  :  Chapter 13
                         :
                         :
            Debtor       :  Bankruptcy No. **15-18371\amc**

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses for **Michael D. Sayles, Esquire**, counsel for Debtors (the "Application"), and upon Counsel for Debtor request to retain jurisdiction at the Motion to Dismiss hearing **on January 2, 2017**, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation Chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtor or any other entity pending further order of this court.

3. A hearing shall be held on January 31, 2017 at 11:00 A.M in Bankruptcy Courtroom No. 5, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

1/5/17

_____
Ashely M. Chan
United States Bankruptcy Judge

cc: Michael D. Sayles, Esquire
    427 West Cheltenham Avenue
    Elkins Park, PA 19027

    David Joseph
    42 Berkley Avenue
    Lansdowne, PA 19050

    William C. Miller, Esquire
    Chapter 13 Standing Trustee
    P.O. Box 40119

Philadelphia, PA 19106-0119

**All Creditors listed on the attached mailing matrix**

PHFA Loan Servicing Division
211 North Front Street
Harrisburg, PA 17101


Toyota Financial Services
PO box 17187
Baltimore, MD 21297-0511