IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  **David Joseph** | **)** | Chapter 13 |
| | **)** | |
| | **)** | |
| Debtor | **)** | |
| | **)** | Bankruptcy No.: **15-18371** |

### CERTIFICATE OF NO RESPONSE TO APPLICATION FOR COUNSEL FEES and\or ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE

I, Michael D. Sayles, hereby certify that there has been no response filed by any party listed

on the Certificate of Service to the APPLICATION FOR COUNSEL FEES and\or the ORDER

DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR

ALLOWANCE OF ADMINISTRATIVE EXPENSES.

Date: January 31, 2017                         Respectfully Submitted,


\s\ **Michael D. Sayles**
Michael D. Sayles
Attorney for Debtor
427 W. Cheltenham Ave #2
Elkins Park, PA  19027
215-635-2270 (phone)
215-424-1263 (fax)